IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

EASTERN DIVISION

WILMER JOE MORGAN   PLAINTIFF

VS.   CIVIL ACTION NO. 4:04cv243TSL-AGN

THRASHER BROTHERS TRAILWAYS and
ARVIL WEBSTER   DEFENDANTS



## JUDGMENT ON JURY VERDICT

This action came on for trial before the Court and a jury consisting of Margaret Luke and six others and with Honorable Tom S. Lee, United States District Judge, presiding and the issues having been tried and the jury, having heard the evidence, the argument of counsel and deliberated, duly rendered its verdict in favor of the Plaintiff Joe Morgan in the amount of $64,602.00.

IT IS ORDERED AND ADJUDGED that the Plaintiff Joe Morgan recover the sum of $64,602.00 from the Defendants Thrasher Brothers Trailways and Arvil Webster, and their costs, all for which let execution enter.

SO ORDERED AND ADJUDGED this the 26th of January, 2006.

_____
UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM:

/s/ BILL T. MAY, Attorney for Plaintiff

/s/ FORREST STRINGFELLOW, Attorney for Defendants